UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-316-7F(3)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER APPROVING |
| | ) | PRETRIAL DIVERSION AGREEMENT |
| LISA ROUSE | ) | |

The United States Attorney, having deferred prosecution in this case pursuant to a written agreement with the Defendant, the written agreement having been submitted to the Court for approval, and the Court having reviewed the written agreement and being of the opinion that deferred prosecution pursuant to the written agreement is appropriate in this case, it is

HEREBY ORDERED that the Pretrial Diversion Agreement executed in this case between the United States and LISA ROUSE, on June 9, 2010, is approved in accordance with Section 6(b) of the Plan for Achieving Prompt Disposition of Criminal Cases for the Eastern District of North Carolina and Title 18, United States Code, Section 3161(h)(2).

The Clerk of Court is hereby directed to file the Pretrial Diversion Agreement executed herein regarding LISA ROUSE and this Order Approving Pretrial Diversion Agreement.

This, the 30th day of June, 2010.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE